Filed 4/27/21  P. v. Preciado CA5

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

# FIFTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>ALEJANDRO ROMO PRECIADO,<br><br>    Defendant and Appellant. | F080449<br><br>(Super. Ct. No. VCF350822)<br><br>**OPINION** |

## THE COURT[*]

APPEAL from a judgment of the Superior Court of Tulare County.  Nathan G. Leedy, Judge.

William D. Farber, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

[*]    Before Poochigian, Acting P.J., Franson, J. and Smith, J.

Appointed counsel for appellant Alejandro Romo Preciado asked this court to review the record to determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Preciado was advised of his right to file a supplemental brief within 30 days of the date of filing of the opening brief. This court did not receive a supplemental brief from him. Finding no arguable error that would result in a disposition more favorable to Preciado, we affirm.

## BACKGROUND

On May 5, 2017, the Tulare County District Attorney's Office filed a criminal complaint charging Preciado with one count of vehicular manslaughter while intoxicated without gross negligence. (Pen. Code,[1] § 191.5, subd. (b).)

On October 24, 2019, the trial court indicated a sentencing lid of two years in state prison. Preciado entered a plea of no contest to the charged offense of vehicular manslaughter without gross negligence (§ 191.5, subd. (b)) pursuant to *People v. West* (1970) 3 Cal.3d 595.

On December 12, 2019, after consideration of the probation officer's report, the trial court sentenced Preciado to a state prison term of two years. In addition, the court imposed various fines and fees.

On December 12, 2019, Preciado filed a timely notice of appeal.

After reviewing the record, we find no arguable error on appeal that would result in a disposition more favorable to Preciado.

## DISPOSITION

The judgment of conviction is affirmed.

---

[1]    All further undefined statutory citations are to the Penal Code unless otherwise indicated.